# EXHIBIT 1

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **CASE INFORMATION:** | 25STCV20965 |
| **Case Title:** | DANA HUGHES VS VERYABLE, INC. |
| **Filing Courthouse:** | Stanley Mosk Courthouse |
| **Filing Date:** | 7/16/2025 |
| **Case Type:** | Other Complaint (non-tort/non-complex) (General Jurisdiction) |
| **Status:** | Pending |

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Print New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | **FUTURE HEARINGS** | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | | |
|---|---|---|---|---|
| **10/20/2025** | 08:30 | Department 38 | 111 North Hill Street, Los Angeles, CA 90012 | Case Management Conference |

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | **PARTY INFORMATION** | Documents Filed | Past Proceedings

| | |
|---|---|
| **HUGHES DANA** | Plaintiff |
| **TAULER ROBERT** | Attorney for Plaintiff |
| **VERYABLE INC.** | Defendant |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | **Documents Filed** | Past Proceedings

| | | |
|---|---|---|
| **7/17/2025** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **7/17/2025** | Notice of Case Management Conference | Filed by Clerk |
| **7/16/2025** | Alternative Dispute Resolution Packet | Filed by Clerk |
| **7/16/2025** | Civil Case Cover Sheet | Filed by Dana Hughes (Plaintiff) |
| **7/16/2025** | Complaint | Filed by Dana Hughes (Plaintiff) |
| **7/16/2025** | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| **7/16/2025** | Summons | Filed by Dana Hughes (Plaintiff) |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | **Past Proceedings**

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**7/17/2025** Notice of Case Management Conference; Filed by: Clerk

**7/17/2025** Case Management Conference scheduled for 10/20/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 38

**7/17/2025** Clerks Certificate of Service By Electronic Service; Issued and Filed by: Clerk; As to: Robert Tauler (Attorney)

**7/16/2025** Complaint; Filed by: Dana Hughes (Plaintiff); As to: Veryable, Inc. (Defendant)

**7/16/2025** Civil Case Cover Sheet; Filed by: Dana Hughes (Plaintiff); As to: Veryable, Inc. (Defendant)

**7/16/2025** Summons on Complaint; Issued and Filed by: Dana Hughes (Plaintiff); As to: Veryable, Inc. (Defendant)

**7/16/2025** Alternative Dispute Resolution Packet; Filed by: Clerk

**7/16/2025** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**7/16/2025** Case assigned to Hon. Maureen Duffy-Lewis in Department 38 Stanley Mosk Courthouse

Back To Top