Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401-1453
Telephone: 310-393-4000

Attorneys for Defendant VERYABLE, INC.

**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA HUGHES, an individual,<br>Plaintiff,<br>vs.<br>VERYABLE, INC., a Texas corporation, and DOES 1 through 15, inclusive,<br>Defendants. | Case No.: 2:25-cv-07699-MWF-AGR<br>**DECLARATION OF BEN STEELE IN SUPPORT OF VERYABLE, INC.'S MOTION TO DISMISS**<br>Date: November 24, 2025<br>Time:10:00 a.m.<br>Dept: 5A<br>Judge: Hon. Michael W. Fitzgerald<br>First Amended Complaint Filed: 09/22/25 |

**DECLARATION OF BEN STEELE**

I, Ben Steele, declare as follows:

1. I am over eighteen years of age, suffer no legal disability, and am otherwise competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein which knowledge is based, in part, on my review of Veryable's books and records which are available to me, except those stated upon information and belief, which facts I believe to be true, and could and would competently testify as to the truth of the same if requested to do so.

2. I submit this declaration in support of Veryable's Motion to Dismiss on the grounds that the Court lacks personal jurisdiction.



COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

3. Since May 5, 2023, I have served as Marketing Growth Strategist for Veryable Inc. ("Veryable"). My duties include managing and analyzing marketing and digital outreach activities for Veryable, including oversight of website communications and user engagement metrics, which inform my understanding of the company's business operations and the geographic distribution of its customers and workforce.

4. Veryable is a technology solution that provides business with on-demand labor. It operates the website https://www.veryableops.com/on-demand-labor (the "Website").

5. Based on my knowledge of Veryable's organizational status and structures, and my review of corporate records, I state as follows:

a. Veryable is a corporation incorporated in the State of Delaware;

b. Veryable's principal place of business is in Dallas, Texas;

6. Veryable has no subsidiaries incorporated in California.

7. Veryable has no employees who reside in or are based out of California. None of Veryable's officer or directors reside or are domiciled in California.

8. There have been no meetings of board of directors or shareholders in California. None of the officers or directors have attended business conferences or similar functions within California.

9. Veryable does not maintain any offices in California. Veryable does not own or lease any real or personal property in California.

10. Veryable does not maintain any bank accounts in California.

11. Veryable does not own, operate, or maintain any dedicated web server infrastructure in California. The Website is not operated by any personnel located in California.

12. Veryable does not tailor its Website in any way to the State of California or specifically target California residents. Veryable did not specifically design the Website to engage California customers.

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

13. No company revenue is derived or generated from California through Veryable's website. Veryable does not make any direct sales in California. Veryable does not maintain ongoing commercial relationships with California customers. Veryable does not sell goods or otherwise transact business with California residents or customers through the Website.

14. Veryable does not market data or visitor profiles to California businesses. Veryable does not advertise or market to California visitors on the Website to the exclusion of visitors from other states. Veryable does not leverage IP addresses to target California visitors.

15. Upon information and belief, upon review of Veryable's books and records made available to me, Veryable did not know that Plaintiff Dana Hughes ("Hughes") accessed the Website from California at the time she allegedly visited the Website, nor did Veryable intend to target Hughes in California. Upon information and belief, upon review of Veryable's books and records made available to me, Veryable did not benefit financially from Hughes visiting the Website and/or from any alleged deployment of the 6Sense technology during that visit.

16. Upon information and belief, upon review of Veryable's books and records made available to me, Hughes has never purchased any products or services from Veryable, including through the Website, nor has Hughes signed up to receive communications or periodic alerts from Hughes through the Website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16TH day of October, 2025 at Dallas, Texas.

LOS ANGELES, CA 90017